# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANNETTE REDA,<br><br>     Plaintiff,<br><br>v.<br><br>DRS BONDED COLLECTION SYSTEMS A/K/A BONDED CREDIT BUREAU INC.,<br><br>     Defendant. | Case No. 2:10-CV-0076-KJD-RJJ<br><br>**ORDER** |

On April 19, 2010, Plaintiff notified (#6) the Court that a settlement had been reached in this action and that settlement would be finalized within thirty days. However, no action of record has been taken since. Accordingly, the parties are ordered to file notice of voluntary dismissal, a stipulation to dismiss or a joint status report within fourteen (14) days of the entry of this order. Failure to do so, or otherwise respond to this order will result in the complaint being dismissed.

**IT IS SO ORDERED.**

DATED this 8th day of July 2010.

_____
Kent J. Dawson
United States District Judge